WILHELMINE E. SKOU, Appellant, *v.* THE TOWN OF NORTH HEMPSTEAD, Respondent.

*Skou* v. *Town of North Hempstead*, 186 App. Div. 960, affirmed.
(Argued December 11, 1919; decided January 6, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 26, 1918, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The complaint alleged that plaintiff is the owner of certain lands in the town of North Hempstead; that in January, 1916, defendant, "its agents, servants, employees and contractors," wrongfully and illegally and without the consent or knowledge of plaintiff, entered upon said lands, removed trees and earth, excavated and constructed "thereon, therein, thereunder and within said lands, certain structures, sewers, manholes and lay certain pipes beneath the surface, on the surface and extending above the surface," and did destroy the property and prevent the usual use and enjoyment thereof by plaintiff; that since May 10, 1916, defendant has continuously maintained and still maintains said wrongful and unlawful possession of said lands and has likewise continuously wrongfully and unlawfully maintained the use and occupation thereof

up to the present time, to the exclusion and damage of plaintiff; that such use for sewer purposes is permanent and is an appropriation of the land. Judgment was demanded for the damage sustained.

*Lilian Herbert Andrews* and *George J. Kilgen* for appellant.

*Erastus J. Parsons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.